brief is granted. The brief shall be filed by January 20, 1977. *Winograd, Shine & Zacks, Cary J. Coen,* for plaintiff. *Frank S. Cappuccio,* for defendant.

APPEAL No. 76-49. IN RE: IRVING NARDOLLILLO. Motion of appellee to extend the time for filing his brief is granted. Said brief will be filed on or before January 30, 1977. *Julius C. Michaelson,* Attorney General, *Forrest Avila,* Special Asst. Attorney General, for appellant. *Richard P. D'Addario,* for appellee.

APPEAL No. 76-201. RHODE ISLAND TURNPIKE AND BRIDGE AUTHORITY *v.* BETHLEHEM STEEL CORPORATION *et al.* Motion of plaintiff for special assignment is granted and the case is assigned to the calendar for Monday, February 7, 1977 for oral argument. *Hogan & Hogan, Edward T. Hogan, Sheffield & Harvey, Brian G. Bardorf,* for plaintiff. *Edwards & Angell, John V. Kean, George W. Shuster, Leslie A. Hynes,* of counsel, *John F. Dolan, Parsons, Brickenhoff, Quade & Douglas,* for defendants.

## December 20, 1976

M. P. No. 76-195. FIREMAN'S FUND INS. CO. *v.* LOLA JANE MC-ALPINE, *Admx.* Case is consolidated with the cases of *Rogers* v. *Toegemann,* 117 R.I. 957, 368 A.2d 1253 (1976) and *Cacchillo* v. *Leach Machinery Co.,* 117 R.I. 958, 368 A.2d 1251 (1976). *Higgins, Cavanagh & Cooney, John T. Walsh, Jr.,* for plaintiff. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle, Joseph R. Palumbo,* for defendant.

M. P. No. 76-225. JAY K. ROGERS *v.* ALFRED C. TOEGEMANN *et al.* Case is consolidated with the cases of *Fireman's Fund Ins. Co.* v. *McAlpine,* 117 R.I. 957, 368 A.2d 1252 (1976) and *Cacchillo* v. *Leach Machinery Co.,* 117 R.I. 958, 368 A.2d 1251 (1976). *Straus, Factor, Chernick & Hillman, P.C., Stephen B. Lang,* for plaintiff. *Hanson, Curran, Bowen & Parks, William A. Curran,* for defendants.